*J. H. Porter, Rosser, Slaton, Phillips & Hopkins,* contra.

---

9245.   GEMES *v.* VINCENT.

LUKE, J. By agreement the trial judge, without the aid of a jury, heard and determined the cause. He did not err in ruling out evidence, as complained of; and there was evidence to authorize the judgment.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

Decided April 12, 1918.

Complaint; from city court of Cartersville—Judge Aubrey. June 27, 1917.

*W. T. Townsend,* for plaintiff in error.

*Finley & Henson,* contra.